AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

District of MINNESOTA

Valencia C. Hayden

Plaintiff

V.

Federal Cartridge

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE 01-843 JMR/FLN

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 26th day of June, 2001.

Franklin L Noel
Signature of Judicial Officer

FRANKLIN L. NOEL, MAGISTRATE JUDGE
Name and Title of Judicial Officer