UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Valencia C. Hayden,

Plaintiff,

v.

Federal Cartridge Company,

Defendant.

Civil 01-843 JEL/JGL

REPORT & RECOMMENDATION

The above captioned case was before the undersigned United States Magistrate Judge on July 2, 2002 for a settlement conference. The Plaintiff failed to appear for the conference. As it appears that Plaintiff has abandoned her interest in this case, the court recommends that the action be dismissed.

Plaintiff initiated this action on May 16, 2001, when she filed a pro se complaint alleging employment discrimination. By letter dated June 26, 2001, the Court referred the Plaintiff to the Volunteer Lawyers Network, as she had requested the appointment of counsel. On July 26, 2001, the Volunteer Lawyers Network notified the Court that Plaintiff had failed to make contact with their office. The Court scheduled an initial pre-trial conference pursuant to Rule 16 to occur on September 25, 2001. Plaintiff failed to attend the conference. The Court's staff contacted the Plaintiff to verify the address to which the notice of the conference had been sent. Plaintiff confirmed that the notice had been sent to the correct address.

The Court issued a pretrial schedule. Pursuant to the schedule, discovery was to end by March 1, 2002, and the case was to be trial ready by June 1, 2002. In October, the Defendant noticed Plaintiff's deposition to occur at the office of Defendant's lawyer on December 17, 2001,

FILED JUL 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

and served Plaintiff with discovery requests. Plaintiff failed to appear for her deposition, and failed to respond the discovery requests.

The Court scheduled a settlement conference to occur on July 2, 2002. The Plaintiff failed to appear at the conference.

Based upon the foregoing, it appears to the Court that Plaintiff has abandoned her interest in this case, and the Court recommends that the Plaintiff's complaint be dismissed with prejudice for failure to prosecute the case.

DATED: July 2, 2002.

FRANKLIN L. NOEL
U. S. Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.